UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

XAVIER DEMON JOHNSON,
    Plaintiff,

vs.                                              Case No.: 3:20cv5441/LAC/EMT

MAYS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff was an inmate of the Florida Department of Corrections (FDOC) when he commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On February 18, 2021, the court entered an order directing Plaintiff to file an amended complaint within thirty days (ECF No. 18). The court notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 5). The copy of the order mailed to Plaintiff at his record address was returned to the court as undeliverable (*see* ECF No. 19). The clerk of court determined, by conducting an offender search on the FDOC's public website, that Plaintiff had been released from the FDOC; therefore, the clerk re-mailed the February 18 order to Plaintiff at the release address indicated on the FDOC's website. That copy of the order was also returned to the court as undeliverable (*see* ECF No. 20).

By April 23, 2021, the court had received no communication from Plaintiff; therefore, on that date, the court issued an order directing Plaintiff to show cause, within fourteen days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 21).  The court directed the clerk to mail a copy of the order to Plaintiff's record address and his release address (*id.* at 1).  The court notified Plaintiff that his failure to comply with the show cause order would result in a recommendation of dismissal of this case (*id.*).  Both copies of the show cause order were returned to the court as undeliverable (*see* ECF Nos. 22, 23).  As of today's date, Plaintiff has not communicated with the court.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 12th day of May 2021.

                                       */s/ Elizabeth M. Timothy*
                                       **ELIZABETH M. TIMOTHY**
                                       **CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**